[S. F. No. 17549.   In Bank.   May 3, 1948.]

WALTER TROMBLEY, Petitioner, v. JUSTICE'S COURT OF TOWNSHIP FIFTEEN, COUNTY OF CONTRA COSTA et al., Respondents.

Francis T. Cornish for Petitioner.

Fred N. Howser, Attorney General, Herbert E. Wenig, Deputy Attorney General, Francis W. Collins, District Attorney, and Douglas N. Quinlan, Deputy District Attorney, for Respondents.

Samuel S. Berman, Harold J. Fisher and Leon E. Gold, as Amici Curiae on behalf of Respondents.

THE COURT.—This application for a writ of certiorari seeks the same relief as was sought by the petition for habeas corpus in *In re Trombley, ante,* p. 801 [193 P.2d 734], this day filed.  The decision in that proceeding is determinative of all issues raised by the present petition, and, accordingly, the judgment is affirmed.